DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada State Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada   89101
Ph: (702) 388-6336 / Fax: (702) 388-6787
E-mail: Carlos.Gonzalez2@usdoj.gov
Attorneys for the United States.

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| NAVIATICA INTERNATIONAL, INC., | Case No. 2:10-cv-1999-PMP-RJJ |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY |
| v. | |
| JANET NAPOLITANO, Secretary of Department of Homeland Security; MARILYN P. WILES, Director of USCIS, Nebraska Service Center, | |
| Defendants. | |

This matter comes before this Court pursuant to LR IA 10-3 and Defendants' Motion to Permit Appearance of Government Attorney, which seeks an order permitting Ms. Jennifer A. Bowen to appear before this Court representing Defendants on behalf of the United States Department of Justice in all matters relating to the above-captioned case.

1       Ms. Bowen is an attorney with the United States Department of

2   Justice, an agency of the federal government.  Ms. Bowen is a

3   member of good standing of the highest court of the Commonwealth of

4   Virginia and the District of Columbia.

5       IT IS THEREFORE ORDERED that Ms. Jennifer A. Bowen is admitted

6   to appear before this Court for all matters relating to the above-

7   captioned case.

8

9             **IT IS SO ORDERED:**

10

11            GEORGE FOLEY, JR.

           United States Magistrate Judge

12

13            DATED:  February 18, 2011

14

15

16

17

18

19

20

21

22

23

24

25

26