1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   Nevada State Bar No. 2137
3  CARLOS A. GONZALEZ
   Assistant United States Attorney
4  333 Las Vegas Blvd. So., #5000
   Las Vegas, Nevada  89101
5  Ph: (702) 388-6336
   Fax: (702) 388-6787
6  E-mail: Carlos.Gonzalez2@usdoj.gov
   Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **NAVIATICA INTERNATIONAL, INC.,** | ) |
| **Plaintiff,** | ) Case No. 2:10-cv-1999-PMP-RJJ |
| v. | ) |
| **JANET NAPOLITANO, Secretary of Department of Homeland Security; MARILYN P. WILES, Director of USCIS, Nebraska Service Center,** | ) JOINT STIPULATION TO STAY CASE UNTIL NOVEMBER 3, 2011 |
| **Defendants.** | ) |

The parties to this civil action, by their undersigned counsel, hereby stipulate and agree that the above-captioned action, including Defendants' response to Plaintiff's Amended Complaint, should be stayed until Thursday, November 3, 2011. The parties also agree to provide the Court with a status report upon the resolution of Plaintiff's currently pending administrative appeal, which is estimated to be decided prior to the end of November 2011. *See* Defs' Mot. (Doc. No. 8) at Ex. A.

Should Plaintiff prevail in its administrative appeal, this case would become moot.  Therefore, this stay is requested to avoid additional expenses and in furtherance of judicial economy.

DATED this 1st day of March 2011.

                                      Respectfully submitted,

*/s/ Constantinos G. Fountas*    DANIEL G. BOGDEN
CONSTANTINOS G. FOUNTAS      United States Attorney
Fountas & Associates
3340 Pepper Ln.                  */s/ Carlos A. Gonzalez*
Las Vegas, Nevada 89120      CARLOS A. GONZALEZ
Telephone:  702-451-8815      Assistant United States Attorney
Email: fountaslaw@gmail.com    333 Las Vegas Blvd. So., #5000
                                    Las Vegas, Nevada   89101
Attorney for Plaintiff        Ph: (702) 388-6336
                                    Fax: (702) 388-6787
                                    E-mail: Carlos.Gonzalez2@usdoj.gov

                                    TONY WEST
                                    Assistant Attorney General
                                    Civil Division

                                    ELIZABETH J. STEVENS
                                    Assistant Director
                                    District Court Section
                                    Office of Immigration Litigation

                                    */s/ Jennifer A. Bowen*
                                    JENNIFER A. BOWEN
                                    Trial Attorney
                                    District Court Section
                                    Office of Immigration Litigation
                                    Civil Division
                                    U.S. Department of Justice
                                    P.O. Box 868, Ben Franklin Station
                                    Washington, DC 20044
                                    Ph:  202-616-3558
                                    Fax: 202-305-7000
                                    Email: Jennifer.Bowen@usdoj.gov

                                    Attorneys for Defendants

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 2, 2011