```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  District of Nevada
    Nevada State Bar No. 2137
 3  CARLOS A. GONZALEZ
    Assistant United States Attorney
 4  333 Las Vegas Blvd. So., #5000
    Las Vegas, Nevada  89101
 5  Ph: (702) 388-6336 / Fax: (702) 388-6787
    E-mail: Carlos.Gonzalez2@usdoj.gov
 6  Attorneys for the United States
 7
                    UNITED STATES DISTRICT COURT
 8                       DISTRICT OF NEVADA
 9
10  NAVIATICA INTERNATIONAL,    )
    INC.,                       )   Case No. 2:10-cv-1999-PMP-RJJ
11                              )
           Plaintiff,           )         ORDER GRANTING
12                              )   MOTION TO PERMIT APPEARANCE
    v.                          )   OF GOVERNMENT ATTORNEY
13                              )
    JANET NAPOLITANO, Secretary )
14  of Department of Homeland   )
    Security; MARILYN P. WILES, )
15  Director of USCIS, Nebraska )
    Service Center,             )
16                              )
           Defendants.          )
17  _____)
```

18      Pursuant to LR IA 10-3, the United States moves for the
19 admission of Gisela A. Westwater to practice before this honorable
20 Court in all matters relating to the above-captioned case.
21      Ms. Westwater is an attorney with the United States Department
22 of Justice, Civil Division, Office of Immigration Litigation,
23 District Court Section, an agency of the federal government.
24 ...
25 ...
26 ...

1   Ms. Westwater is a member in good standing of the state bar of
2   the highest Court of the State of Nebraska. Her Bar Number is
3   21812.
4   Ms. Westwater can be contacted/served at the following
5   address:
6   Gisela A. Westwater, Trial Attorney
    District Court Section
7   Office of Immigration Litigation
    Civil Division
8   U.S. Department of Justice
    PO Box 868, Ben Franklin Station
9   Washington, D.C. 20044
    Phone: (202) 532-4174
10  Fax: (202) 616-4314
    E-mail: gisela.westwater@usdoj.gov
11
    Accordingly, the United States respectfully requests that an
12
    order be issued allowing Ms. Westwater to practice before this
13
    honorable Court.
14

15

16  DATED: October 19, 2011

17                                  Respectfully submitted,
                                    DANIEL G. BOGDEN
18                                  United States Attorney

19
                                    */s/ Carlos A. Gonzalez*
20                                  Carlos A. Gonzalez
                                    Assistant United States Attorney
21

22

23

24

25

26

-2-

```
DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada State Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada  89101
Ph: (702) 388-6336
Fax: (702) 388-6787
E-mail: Carlos.Gonzalez2@usdoj.gov
Attorneys for the United States.
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **NAVIATICA INTERNATIONAL, INC.,** | Case No. 2:10-cv-1999-PMP-RJJ |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY |
| v. | |
| **JANET NAPOLITANO, Secretary of Department of Homeland Security; MARILYN P. WILES, Director of USCIS, Nebraska Service Center,** | |
| Defendants. | |

   This matter comes before this Court pursuant to LR IA 10-3 and Defendants' Motion to Permit Appearance of Government Attorney, which seeks an order permitting Ms. Gisela A. Westwater to appear before this Court representing Defendants on behalf of the United States Department of Justice in all matters relating to the above-captioned case.

...

...

-3-

1 | Ms. Westwater is an attorney with the United States
2 | Department of Justice, an agency of the federal government.  Ms.
3 | Westwater is a member of good standing of the highest court of
4 | the state of Nebraska.
5 | IT IS THEREFORE ORDERED that Ms. Gisela A. Westwater is
6 | admitted to appear before this Court for all matters relating to
7 | the above-captioned case.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 20, 2011.