DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada State Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada   89101
Ph: (702) 388-6336 / Fax: (702) 388-6787
E-mail: Carlos.Gonzalez2@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **NAVIATICA INTERNATIONAL, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**JANET NAPOLITANO, Secretary of Department of Homeland Security; MARILYN P. WILES, Director of USCIS, Nebraska Service Center,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>**Defendants.** )<br>) | **Case No. 2:10-cv-1999-PMP-RJJ**<br><br>**ORDER GRANTING MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** |

Pursuant to LR IA 10-3, the United States moves for the admission of Gisela A. Westwater to practice before this honorable Court in all matters relating to the above-captioned case.

Ms. Westwater is an attorney with the United States Department of Justice, Civil Division, Office of Immigration Litigation, District Court Section, an agency of the federal government.

...

...

...

1    Ms. Westwater is a member in good standing of the state bar of

2  the highest Court of the State of Nebraska.   Her Bar Number is

3  21812.

4    Ms. Westwater can be contacted/served at the following

5  address:

6        Gisela A. Westwater, Trial Attorney
         District Court Section
7        Office of Immigration Litigation
         Civil Division
8        U.S. Department of Justice
         PO Box 868, Ben Franklin Station
9        Washington, D.C. 20044
         Phone: (202) 532-4174
10       Fax: (202) 616-4314
         E-mail: gisela.westwater@usdoj.gov
11

12       Accordingly, the United States respectfully requests that an

13  order be issued allowing Ms. Westwater to practice before this

14  honorable Court.

15

16  DATED: October 19, 2011

17                              Respectfully submitted,
                                DANIEL G. BOGDEN
18                              United States Attorney

19
                                /s/ Carlos A. Gonzalez
20                              Carlos A. Gonzalez
                                Assistant United States Attorney
21

22

23

24

25

26

DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada State Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada   89101
Ph: (702) 388-6336
Fax: (702) 388-6787
E-mail: Carlos.Gonzalez2@usdoj.gov
Attorneys for the United States.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| NAVIATICA INTERNATIONAL, INC., | ) ) ) | Case No. 2:10-cv-1999-PMP-RJJ |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING MOTION TO PERMIT APPEARANCE |
| v. | ) ) | OF GOVERNMENT ATTORNEY |
| JANET NAPOLITANO, Secretary of Department of Homeland Security; MARILYN P. WILES, Director of USCIS, Nebraska Service Center, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

This matter comes before this Court pursuant to LR IA 10-3 and Defendants' Motion to Permit Appearance of Government Attorney, which seeks an order permitting Ms. Gisela A. Westwater to appear before this Court representing Defendants on behalf of the United States Department of Justice in all matters relating to the above-captioned case.

...

...

-3-

1    Ms. Westwater is an attorney with the United States

2 Department of Justice, an agency of the federal government.  Ms.

3 Westwater is a member of good standing of the highest court of

4 the state of Nebraska.

5    IT IS THEREFORE ORDERED that Ms. Gisela A. Westwater is

6 admitted to appear before this Court for all matters relating to

7 the above-captioned case.

8

9

10                    IT IS SO ORDERED:

11                    _____

12                    UNITED STATES DISTRICT JUDGE

13                    DATED:  October 20, 2011.
                               _____

14

15

16

17

18

19

20

21

22

23

24

25

26