Constantinos Gus Fountas, Esq.
NV Bar No. 10587
3340 Pepper Ln. Ste. 103
Las Vegas, NV 89120
Tel (702) 451-8815
Fax (702) 450-9925
e-mail: fountaslaw@gmail.com
Attorney for the Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS, NEVADA**

| | |
|---|---|
| NAVIATICA INTERNATIONAL, INC., )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>JANET NAPOLITANO, Secretary of )<br>Department of Homeland Security; )<br>MARILYN P. WILES, Director of USCIS, )<br>Nebraska Service Center, )<br>)<br>  Defendants. )<br>_____) | Case No.: 2:10-cv-1999-PMP-RJJ<br><br>JOINT MOTION TO DISMISS COMPLAINT<br><br>WITHOUT PREJUDICE |

    The parties to this civil action, by their undersigned counsel, hereby stipulate and agree that the above-captioned action should be dismissed without prejudice.  Plaintiff, Naviatica International, Inc. is a US based Corporation and filed an I-140 Immigrant petition as a multinational manager or executive for the president and CEO, Douglas Wardle.  In order for one to be afforded a visa as a multinational manager or executive under 8 CFR §204, a beneficiary of that position must be employed in a managerial capacity or executive capacity as defined in Section 101(a)(44)(A) and (B) of the INA; 8 USC §1101(a)(44)(A) and (B) respectively.  USCIS denied the petition on July 26, 2010.  A joint stipulation was entered between the Plaintiff and Defendants to await the decision of the AAO.  The AAO dismissed the appeal on November 3, 2011.  The parties ask this court to dismiss the complaint

without prejudice filed on November 16, 2010, with the amended complaint and pleadings filed on February 23, 2011.  The parties are to bear their own attorneys' fees and costs.

Dated this 16th day of November, 2011

                                        Respectfully Submitted,

                                        /s/ *Constantinos G. Fountas*

                                        _____
                                        Constantinos Fountas, Esq.
                                        Nevada Bar. No.: 10587
                                        3340 Pepper Ln. Ste. 103
                                        Las Vegas, NV 89120
                                        Tel (702) 451-8815
                                        Fax (702) 450-9925
                                        e-mail: fountaslaw@gmail.com
                                        Attorney for the Plaintiff

DANIEL G. BOGDEN
United States Attorney

*/s/ Carlos A. Gonzalez*
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, NV 89101
Ph: (702) 388-6336
Fax: (702) 388-6787
e-mail: Carlos.Gonzalez2@usdoj.gov

TONY WEST
Assistant Attorney General
Civil Division


ELIZABETH J. STEVENS
Assistant Director
District Court Section
Office of Immigration Litigation

*/s/ Gisela A. Westwater*
GISELA A. WESTWATER

Trial Attorney
District Court Section
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Ph: 202-532-4174
Fax: 202-305-7000
e-mail: Gisela.Westwater@usdoj.gov

Attorneys for Defendants

IT IS SO ORDERED

_____
PHILIP M. PRO
U.S. DISTRICT JUDGE

Dated: November 17, 2011.